FILED
SEP 1 5 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:21CR508 MTS/PLC |
| RYAN JONES, DEMETRIUS OWENS, and LEO FINERSON, JR., | ) ) ) ) |
| Defendants. | ) ) |

**INDICTMENT**

**COUNTS 1-7**
**(Wire Fraud)**

The Grand Jury charges that:

At all times relevant to the present indictment:

**INTRODUCTION**

1.     Ulta Beauty, Inc. (hereinafter "Ulta") is a United States based company headquartered in Bolingbrook, Illinois. Ulta sells cosmetics, fragrances, nail, haircare and bath/body products. Ulta has retail locations throughout the United States including several locations in the St. Louis metropolitan area, within the Eastern District of Missouri. These locations include 10 Brentwood Promenade Court, Brentwood, Missouri (hereinafter "Brentwood"); 12567 Olive Boulevard, Creve Coeur, Missouri (hereinafter "Creve Coeur"); 189 Gravois Bluffs Plaza Drive, Fenton, Missouri (hereinafter "Fenton"); 4120 Elm Park Drive, St. Louis, Missouri (hereinafter "South County"); 46 THF Boulevard, Chesterfield, Missouri

1

(hereinafter "Chesterfield"); 221 N. Stadium Boulevard, Columbia, Missouri (hereinafter "Columbia"); and 1956 Charlotte's Way, Washington, Missouri (hereinafter "Washington").

**THE SCHEME**

2. Beginning no later than November 19, 2020 and continuing until the present, in the Eastern District of Missouri,

**RYAN JONES,
DEMETRIUS OWENS, and
LEO FINERSON, JR.,**

the defendants herein, did knowingly devise and execute a scheme to defraud and to obtain moneys, funds, and properties by means of materially false and fraudulent pretenses, representations, and promises.

3. It was part of the scheme that the defendants would break into Ulta stores when they were closed for the night, specifically "Brentwood" on November 19, 2020; "Creve Coeur" on November 24, 2020; "Fenton" on November 28, 2020; "South County" on December 4, 2020; "Chesterfield" on December 4, 2020; "Columbia" on January 9, 2021; and "Washington" on January 25, 2021.

4. It was part of the scheme for defendants, having broken into Ulta stores, to burglarize fragrances and other products.

5. It was part of the scheme for defendants, having stolen products from Ulta locations, to store the products at 1921 McLaran, Jennings, Missouri.

6. It was part of the scheme for defendants, to photograph and video stolen Ulta products stored at 1921 McLaran, Jennings, Missouri.

7. It was part of the scheme for defendants to advertise for sale stolen Ulta products by placing photographs and video of such product on Facebook and other media sites.

2

8.  It was part of the scheme for defendants to sell stolen Ulta product to individuals without disclosing that the items were stolen.

**EXECUTION OF THE SCHEME**

9.  On or about November 19, 2020, RYAN JONES and DEMETRIUS OWENS, JR. burglarized "Brentwood" of approximately $15,217 worth of Ulta products.

10. On or about November 24, 2020, RYAN JONES and DEMETRIUS OWENS, JR. burglarized "Creve Coeur" of approximately $19,125 worth of Ulta products.

11. On or about November 27, 2020, RYAN JONES and DEMETRIUS OWENS, JR. conducted pre-burglary surveillance of "Fenton".

12. On or about November 28, 2020, RYAN JONES and DEMETRIUS OWENS, JR. burglarized "Fenton" of approximately $34,087 worth of Ulta products.

13. On or about November 28, 2020, RYAN JONES and DEMETRIUS OWENS, JR. transported the stolen Ulta products from "Fenton" to 1921 McLaran, Jennings, Missouri.

14. On or about November 28, 2020, LEO FINERSON took video of the Ulta product stolen at "Fenton" and stored at 1921 McLaran, Jennings, Missouri.

15. On or about November 28, 2020, LEO FINERSON placed the video of the Ulta product stolen from "Fenton" on Facebook, advertising the product for sale without disclosing the product was stolen.

16. On or about December 1, 2020, RYAN JONES placed the video of the Ulta product stolen from "Fenton" on Facebook, advertising the product for sale without disclosing the product was stolen.

17. On or about December 4, 2020, RYAN JONES and DEMETRIUS OWENS, JR. attempted to burglarize "South County".

18. On or about December 4, 2020, RYAN JONES and DEMETRIUS OWENS, JR. burglarized "Chesterfield" of approximately $9,626 worth of Ulta product.

19. On or about January 9, 2021, RYAN JONES and DEMETRIUS OWENS, JR. burglarized "Columbia" of approximately $21,020 worth of Ulta product.

20. On or about January 25, 2021, RYAN JONES burglarized "Washington" of approximately $29,280 worth of Ulta product.

**THE CHARGE**

21. On or about the dates set forth below, in the Eastern District of Missouri, and elsewhere, the defendant listed for each count, for the purpose of executing the scheme to defraud, and attempting to do so, did knowingly cause to be transmitted in interstate commerce by wire communication certain writings, signs, signals, and sounds, specifically as described below.

| COUNT | DEFENDANT | DATE OF WIRE | DESCRIPTION OF WIRE |
|---|---|---|---|
| 1 | LEO FINERSON, JR. | November 28, 2020 | Facebook post listing stolen Ulta product for sale |
| 2 | RYAN JONES | December 1, 2020 | Facebook post listing stolen Ulta product for sale |
| 3 | RYAN JONES | December 6, 2020 | Facebook message offering 1 stolen Ulta product for sale |
| 4 | DEMETRIUS OWENS | January 9, 2021 | Text message to JONES organizing "Columbia" burglary |
| 5 | DEMETRIUS OWENS | January 18, 2021 | Text message to JONES asking if he had made any sales of Ulta product |
| 6 | DEMETRIUS OWENS | January 25, 2021 | Text message to JONES containing videos of stolen Ulta product |
| 7 | RYAN JONES | February 22, 2021 | Telephone call – instructing and directing the sale of stolen Ulta product |

All in violation of, and punishable under, Title 18, United States Code, Section 1343.

## COUNT 8
### (Possession of Firearm by Felon)

The Grand Jury further charges that:

22. On or about February 10, 2021, in the Eastern District of Missouri,

**RYAN JONES,**

the defendant herein, knowing that he had been previously convicted in a court of law of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit: a Smith and Wesson make, M&P Shield model, 9 mm semi-automatic pistol, serial number LFE 8400, which had been transported in interstate commerce.

In violation of, Title 18, United States Code, Section 922(g)(5)(A) and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney

5